Electronically Submitted
7/15/2025 1:38 PM
Hidalgo County Clerk
Accepted by: Francisco Javier Martinez

CAUSE NO. **CL-25-3151-F** _____

| | | |
|---|---|---|
| MANUEL VILLARREAL | § | IN COUNTY COURT |
| *Plaintiff,* | § | |
| | § | |
| V. | § | AT LAW NO. _____ |
| | § | |
| T-MOBILE USA, INC. | § | |
| *Defendant.* | § | HIDALGO COUNTY, TEXAS |

---

## PLAINTIFF MANUEL VILLARREAL'S ORIGINAL PETITION

---

**TO THE HONORABLE COURT:**

   **COMES NOW, MANUEL VILLARREAL (**hereinafter referred to as Plaintiff) complaining of T-MOBILE USA, INC. (hereinafter referred to as the Defendant employer or the Defendant company) and for such causes of action would respectfully show unto the Court and the Jury, as follows:

### I.

### Discovery Level

   1.1 Discovery in this litigation is intended to be conducted under Level 3, Texas Rule of Civil Procedure 190. Plaintiff Manuel Villarreal requests that discovery be conducted under Level 3 and that non-expedited discovery rules apply as the compensable damages exceed $200,000.00 but are not more than $750,000.00.

### II.

### Parties

   2.1 Plaintiff, Manuel Villarreal, is an individual who is residing in Alamo, Hidalgo County, Texas.

# EXHIBIT C

1

Electronically Submitted
7/15/2025 1:38 PM
Hidalgo County Clerk
Accepted by: Francisco Javier Martinez

**CL-25-3151-F**

2.2 Defendant, T-Mobile USA, Inc., is a Foreign For-Profit Corporation and may be served pursuant to the Texas Rules Civil Procedure by serving its Registered Agent via Certified Mail Return Receipt Requested, as follows:

**CORPORATION SERVICE COMPANY**
211 E. 7th Street, Suite 620
Austin, TX 78701-3218 USA

2.3 Service on Defendant T-Mobile USA, INC. is requested *via certified mail, return receipt requested.*

**III.**

**<u>Venue and Jurisdiction</u>**

3.1 Venue is proper pursuant to Tex. Civ. Prac. § Rem. Code Annotated §15.002 (A) (1) *et. seq.,* which provides that all lawsuits shall be brought in the county in which *all or* a *substantial part* of the cause of action accrued.

**IV.**

**<u>Administrative Procedures</u>**

4.1 Within 180 days of the occurrence of the acts complained of, Plaintiff filed his initial complaint with the Texas Commission on Human Rights, now known as the Texas Workforce Commission – Civil Rights Division alleging that the Defendant employer had committed unlawful employment practices against the Plaintiff in violation of the Texas Commission on Human Rights Act. The formal charge and the "Notice of Right to File A Civil Action Letter" were filed and received as follows:

Formal Complaint Filed: September 9th, 2025

Electronically Submitted
7/15/2025 1:38 PM
Hidalgo County Clerk
Accepted by: Francisco Javier Martinez

CL-25-3151-F

Notice of Right to File
A Civil Action Letter Received: May 23rd, 2025

4.2 On May 23rd, 2025, Plaintiff received from the Texas Commission on Human Rights, now known as the Texas Workforce Commission – Civil Rights Division, Plaintiff's Right to File A Civil Action letter allowing the Plaintiff to file this lawsuit within sixty days of its receipt. Plaintiff's statutory claims have been filed within sixty days of its receipt. A copy of this notice is attached as Exhibit **"A"** and is incorporated for all purposes by reference. Plaintiff further invokes the relation back theory as well as any and all equitable doctrines necessary to satisfy the administrative requirements set forth by law. All conditions precedent to the filing of this lawsuit and as required by law have been performed or have occurred.

## V.

## No Federal Claims Made

5.1 Plaintiff hereby gives notice that the only causes of action he intends to litigate are those concerning rights afforded to him under the Texas Constitution and the Texas Labor Code – specifically Section 21.001 *et. seq.* of the Texas Labor Code as well as the common law of the sovereign State of Texas. The Plaintiff hereby affirmatively avers that he has not alleged any federal cause of action.

## VI.

## Factual Background

6.1 On or about October 23rd, 2003, Plaintiff Manuel Villarreal was hired by T-Mobile USA, Inc. as an Supervisor. Throughout his career, Plaintiff has served the company with hard work, dedication, and undivided loyalty. As a results of his dedication and work ethic, Plaintiff Manuel Villarreal was earning approximately $85,000.00 annually plus fringe benefits. During the

Electronically Submitted
7/15/2025 1:38 PM
Hidalgo County Clerk
Accepted by: Francisco Javier Martinez

CL-25-3151-F

last six months of his employment, Plaintiff Manuel Villarreal was subjected to discriminatory animus, disparate treatment and/or a hostile work environment on account of his age (45; DOB 05/20/1979), on account of his gender (male), and/or for engaging in protected activity. While employed with T-Mobile, and most recently prior to his termination, Plaintiff Manuel Villarreal filed a complaint with the Texas Workforce Commission – Civil Rights Division on September 16th, 2024. The complaint was filed against his female manager, Teresa Medrano and the chain of command. Plaintiff Manuel Villarreal has made complaints to multiple people about the discriminatory treatment he had been receiving from Ms. Medrano. Mike Garza, Senior Manager, Juan Villarreal, Manager, Rudy Aranda, Manager, and Aejaz Hussain, Site Director were aware of the discrimination complaints from Plaintiff Manuel Villarreal. No action was taken to eliminate the hostile work environment created by Ms. Medrano.

6.2 Plaintiff Manuel Villarreal also filed a complaint with T-Mobile's Integrity hotline about the treatment he received from Ms. Medrano. Ms. Medrano was constantly placing pressure on his daily duties. She would discriminatorily score Plaintiff Manuel Villarreal utilizing a method to issue different scores from the other supervisors even though Plaintiff Manuel Villarreal has earned outstanding achievements and certificates during his twenty-one years of employment with T-Mobile.  Plaintiff Manuel Villarreal requested a transfer to a different manager multiple times, but his requests were dismissed. On or about July 30th, 2024, Plaintiff Manuel Villarreal had a meeting with Ms. Medrano, Mr. Shepard and a Human Resources individual via teleconference.

6.3 During the meeting, Plaintiff Manuel Villarreal was allegedly accused of poor performance, and allegedly Plaintiff Manuel Villarreal's team performed better when he was not present at work. Plaintiff Manuel Villarreal was later terminated. Plaintiff Manuel Villarreal requested for Human Resources and Management to review the data as it would show that his team

Electronically Submitted
7/15/2025 1:38 PM
Hidalgo County Clerk
Accepted by: Francisco Javier Martinez

CL-25-3151-F

performed well throughout the month, however the week Plaintiff Manuel Villarreal was out on vacation, the team under performed. These concerns were also voiced to Human Resources and Management and have also been dismissed. During the meeting Vanessa Palacios, another T-Mobile employee was instructed to gather Plaintiff Manuel Villarreal's belongings from his desk by Chris Shepard, Senior manager. As Plaintiff Manuel Villarreal walked out of the meeting, he was escorted out of the building.

6.4 Plaintiff Manuel Villarreal was told by the senior manager, Chris Sheppard, that his belongings had been gathered and taken to the front lobby. Plaintiff Manuel Villarreal saw his backpack in the lobby however, he noticed that his backpack was searched without consent. Plaintiff Manuel Villarreal's performance documents, evaluations, laptop charger, headsets, and other chargers were removed from his backpack

6.5 On or about July 31, 2024, Plaintiff Manuel Villarreal was allowed to return to his desk and found the same gift card that was in his backpack thrown on the floor. This led Plaintiff Manuel Villarreal to confirm that his bag was searched at his desk before it was given back to him the day before. Plaintiff Manuel Villarreal filed a police report immediately. The reason for Plaintiff Manuel Villarreal's termination is false, misleading and/or is pretextual in that there is no evidence of any poor performance.

6.6 Plaintiff Manuel Villarreal is over the age of forty. Plaintiff Manuel Villarreal is a member of a protected class namely Age (46) and male. Plaintiff Manuel Villarreal is qualified for the position as a supervisor as he has the educational qualifications for this position as he was employed 21 years with the company.  Plaintiff Manuel Villarreal was subjected to an adverse employment action, and he was treated less favorably than employees who were outside the protected class. Female employees were not treated in a discriminatory manner like Plaintiff

Electronically Submitted
7/15/2025 1:38 PM
Hidalgo County Clerk
Accepted by: Francisco Javier Martinez

CL-25-3151-F

Manuel Villarreal was. Plaintiff Manuel Villarreal was replaced by a younger female, Erika Colunga (Female,28)

6.7.   T-Mobile has several performance indicators which Plaintiff Manuel Villarreal performed well in. However, T-Mobile leadership choose to focus its retaliation against Plaintiff Manuel Villarreal on the Stay Connected metric. T-Mobile conducted investigation due to fraud by leaders, senior managers, managers, supervisors, assistant supervisors, and front-line employees due to unethical behaviors to improve the Stay Connected Performance metric. Individuals who were caught were only given a disciplinary action. Plaintiff Manuel Villarreal implemented the correct behaviors and practices to perform in this metric, however, Plaintiff Manuel Villarreal was retaliated for doing so and later terminated.

6.5 Plaintiff Manuel Villarreal further alleges that there was no legitimate business justification for his termination in that the Plaintiff had faithfully performed a commendable job for the Defendant and that there was work available, and there continues to be work available which Plaintiff could perform.

6.6 Plaintiff further asserts and intends to prove that the mistreatment received by him was part of a pattern and practice engaged in by the Defendant towards the Plaintiff and others similarly situated.

## VII.

## Causes of Action

### Violations of the Texas Commission on Human Rights Act

7.1 Plaintiff re-alleges the allegations contained in Section VI, entitled *Factual Background*.

Electronically Submitted
7/15/2025 1:38 PM
Hidalgo County Clerk
Accepted by: Francisco Javier Martinez

CL-25-3151-F

7.2 Plaintiff asserts that he was wrongfully terminated under the Texas Commission on Human Rights Act and that a motivating or determining factor in connection with his illegal discharge was on account of his age (45); his gender (male) and/or retaliation for engaging in protected activity under the opposition and/or participation clause of the Act. Plaintiff further alleges that there was no legitimate business justification for his wrongful termination in that the Plaintiff had faithfully performed a commendable job for the Defendant employer and that there was work available and there continues to be work available which Plaintiff could perform.

7.3 Plaintiff further asserts and intends to prove that the mistreatment received by him was part of a pattern and practice engaged in by the Defendant employer towards the Plaintiff and others similarly situated.

### Section 21.051 Discrimination by Employer

An employer commits an unlawful employment practice if because of race, color, disability, religion, *sex*, national origin, or *age*, the employer:

1.*Fails or refuses to hire an individual*, *discharges an individual, or discriminates in any other manner against the individual in connection with compensation or the terms, conditions, or privileges of employment*; or

2.*Limits, segregates or classifies* an employee or applicant for employment in a manner that would deprive or tend to deprive an *individual of any employment opportunity or adversely affect in any other manner the status of the employee.* (West 2021)(emphasis added).

### Section 21.055, Retaliation

An employer, labor union or employment agency commits an unlawful employment practice if the employer, labor union or employment agency *retaliates* or *discriminates* against a person who, under this Chapter:

1.*Opposes discriminatory practice;*

Electronically Submitted
7/15/2025 1:38 PM
Hidalgo County Clerk
Accepted by: Francisco Javier Martinez

CL-25-3151-F

2.Makes or files a charge;

3.*Files a complaint; or*

4.Testifies, assists or *participates in any manner in an investigation, proceeding or hearing*.

(West 2021) (emphasis added).

7.10 As a result of the discriminatory and/or retaliatory treatment and/or other wrongful conduct described above, Plaintiff's termination and the acts and/or omissions described herein, Plaintiff has suffered compensable damages as further alleged in this Petition.

## VIII.

## Actual Damages

8.1    As a result of the incident made the basis of this suit, Plaintiff Manuel Villarreal has incurred damages in the following respects:

**A.    Lost Earnings and Special Damages**

8.2    At the time of the incidents complained of, Plaintiff Manuel Villarreal was gainfully employed. As a proximate result of the wrongful acts of the Defendant, Plaintiff was unable to attend to his occupation and thereby suffered a loss of income for which he hereby sues. As a result of the wrongful acts of the Defendant employer, the Plaintiff's earnings, retirement and capacity to earn a livelihood were severely impaired. In all reasonable probability, Plaintiff's loss of earnings and loss of earning capacity will continue long into the future, if not for the balance of the Plaintiff's natural life.  Plaintiff therefore sues for any lost earnings in the form of back pay, lost wages, front pay, retirement benefits, fringe benefits, relocation expenses, loss of reputation,

Electronically Submitted
7/15/2025 1:38 PM
Hidalgo County Clerk
Accepted by: Francisco Javier Martinez

lost future earnings and/or diminished earning capacity to the extent permitted by law due to the acts complained of above.

**B.    Past and Future Mental Anguish**

8.3    As a result of the incident described above, that is made the basis of this suit, Plaintiff Manuel Villarreal has suffered physical injuries, sickness and/or illness as well as mental anguish, inconvenience, loss of enjoyment of life, pain and suffering, emotional distress and/or other hedonic damages. Plaintiff has suffered feelings of anxiety, worthlessness, embarrassment and/or inferiority. Plaintiff has further suffered ill health effects including, but not limited to, agitation, restlessness, sleeplessness, discomfort, nausea, gastro-intestinal problems, depression and/or loss of self-esteem due to the discriminatory treatment and/or his termination. In all reasonable probability, Plaintiff will continue to suffer such physical injuries, sickness and/or illness as well as mental anguish, inconvenience, loss of enjoyment of life, pain and suffering, emotional distress and/or other hedonic damages for a long time into the future, if not for the balance of his natural life.

## IX.

## <u>Exemplary Damages</u>

9.1 The conduct of the Defendant employer, as set out above, was carried out and constituted such an entire want of care as to constitute a conscious indifference to the rights or welfare of the Plaintiff. Because of the spite, ill-will, malicious and/or fraudulent intent held by the Defendant employer's management toward the Plaintiff, such management, acting in a willful and intentional manner, committed certain acts calculated to cause injury and/or damage to the Plaintiff. Accordingly, the Defendant employer, acted with malice, actual malice and/or a specific intent to injure the Plaintiff. The Plaintiff is hereby entitled to recover exemplary or punitive

Electronically Submitted
7/15/2025 1:38 PM
Hidalgo County Clerk
Accepted by: Francisco Javier Martinez

CL-25-3151-F

damages to deter such cruel and undignified procedures by the Defendant employer and its management in the future. Accordingly, Plaintiff requests that punitive damages be awarded against the Defendant T-Mobile USA, Inc. as a result of its egregious violations of the law.

X.

**Attorney's Fees**

10.1 By reason of the allegations of this petition and should Plaintiff be designated the "prevailing party", Plaintiff is entitled to recover attorney's fees in a sum that is reasonable and necessary. In this connection, Plaintiff will show that he has employed the undersigned attorneys to assist him in the prosecution of this action.

10.2 Plaintiff further seeks an upward adjustment or enhancement to the lodestar amount of attorney's fees to be determined in the prosecution of this lawsuit. A reasonable attorney's fee is further requested for the work expended in the preparation and trial of this cause along with a reasonable fee for any and all appeals to other courts. If ultimately successful in this case, plaintiff fully expects that the defendant will appeal this case.

10.3 Plaintiff seeks attorney's fees to compensate the Plaintiff for the attorney's fees he has and will incur in the prosecution of this lawsuit, both at trial and on appeal. Plaintiff further pleads for the recovery of reasonable and necessary expenses for the use of associate attorneys, paralegals and/or law clerks that assist in the prosecution of the case. As permitted, Plaintiff also seeks to re-coup all litigation expenses expended in the prosecution of this lawsuit.

Electronically Submitted
7/15/2025 1:38 PM
Hidalgo County Clerk
Accepted by: Francisco Javier Martinez

**CL-25-3151-F**

## XI.

### <u>Demand for Jury Trial</u>

11.1    Plaintiff Manuel Villarreal, by and through his attorneys of record and pursuant to Rule 216 of the Texas Rules of Civil Procedure, makes and files this Demand for Trial by Jury in the above-styled and numbered cause. Contemporaneously with the filing of this jury demand, Plaintiff has deposited the required jury fee with the County Clerk of Hidalgo County, Texas. Plaintiff requests that this case be set on the jury docket of the court for disposition in due order and as soon as practicable.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff **Manuel Villarreal**, prays that this Honorable Court grant the following:

(1)    Judgment against the Defendant T-Mobile USA, Inc., for all of the Plaintiff's damages. Plaintiff would respectfully request that should the jury after evaluating all of the credible evidence and after so finding liability based upon the preponderance of the credible evidence in this matter; then in such an event, and if also so found by the jury, Plaintiff would then request damages in line with the credible evidence presented that would fairly and reasonably compensate the Plaintiff for all of the harms and losses that he has sustained throughout this ordeal;

(2)    Exemplary damages;

(3)    Attorney's Fees;

(4)    Pre-judgment interest allowed by law;

(5)    Interest on said judgment at the legal rate from the date of judgment;

Electronically Submitted
7/15/2025 1:38 PM
Hidalgo County Clerk
Accepted by: Francisco Javier Martinez

CL-25-3151-F

(6)      For costs of suit herein; and

(7)      For such other and further relief at law or in equity to which the Plaintiff may show himself justly entitled to receive and for which he shall forever pray.

Respectfully submitted,

**THE LAW OFFICES OF**
**JOSE G. GONZALEZ**
4129 N. 22nd St., Ste. 8
McAllen Tx 78504
Telephone (956) 731-4324
Facsimile   (956) 731-4327
E-mail: carlos.hernandezjr@gmail.com,

By:   /s/Carlos E. Hernandez, Jr.

Carlos E. Hernandez, Jr., Of Counsel
State Bar No. 00787681
**ATTORNEY FOR PLAINTIFF**
**MANUEL VILLARREAL**

**CL-25-3151-F**

# EXHIBIT A

# Texas Workforce Commission
## A Member of Texas Workforce Solutions
**CRS-25-3151-F**

Bryan Daniel, Chairman Commissioner
Representing the Public

Alberto Treviño III
Commissioner Representing Labor

Joe Esparza
Commissioner Representing Employers

Edward Serna
Executive Director

Manuel Villarreal
c/o Carlos E. T Hernandez
Law Office of Jose G. Gonzalez
4129 N. 22nd St., Suite 8
Mcallen, TX 78504

RE:    **LETTER OF NOTICE OF RIGHT TO FILE CIVIL ACTION**

TWCCRD: 1A25005                EEOC: 31C-2025-00005
RE: Manuel Villarreal v T-Mobile USA, Inc.

Dear Manuel Villarreal:

Charging Party alleges that he has been subjected to inequitable terms/conditions and discharge based on his age (45), sex (male) and in retaliation for engaging in a protected activity. This letter certifies you have submitted a request for a Notice of Right to File Civil Action to the Texas Workforce Commission Civil Rights Division. Upon issuance the TWCCRD will immediately close this case.

The Notice of Right to File Civil Action is on page 2 of this letter and will be sent to the parties electronically at the addresses on file.

Manuel Villarreal v T-Mobile USA, Inc.   **CL-25-3151-F**
Page 2 of 2

## NOTICE OF RIGHT TO FILE CIVIL ACTION

Pursuant to Sections 21.208, 21.252 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case.   **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** The time limit for filing suit based on a federal claim may be different.

On behalf of the Division,

*Angela Zoch for Bryan Snoddy*

Bryan Snoddy
Division Director

5/23/2025

Date

cc:
T-MOBILE USA, INC.
Sara Cearley, Paralegal
3711 San Gabriel St
Mission, TX 78572

RECEIVED MAY 2 3 2025

)1 E. 15th Street, Room 154 • Austin, Texas 78778-0001 • (512) 463-2642 (T) • (512) 463-2643 (F) • Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.twc.texas.gov
Equal Opportunity Employer / Program
Auxiliary aids and services are available upon request to individuals with disabilities

TEXAS
WORKFORCE SOLUTIONS